**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PROMPT MEDICAL SYSTEMS, L.P.,** a Texas Limited Partnership, §§§§ | |
| *Plaintiff* §§ | **CIVIL ACTION NO. 6:10-cv-00071-LED** |
| vs. §§ | |
| **ALLSCRIPTSMISYS HEALTHCARE SOLUTIONS, INC., et al.** §§§§ | |
| *Defendants* § | |

## ORDER

In accordance with the Stipulation of Dismissal filed on February 23, 2011, it is hereby ORDERED that this action be dismissed with prejudice as to Defendant Epic Systems Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**So ORDERED and SIGNED this 28th day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**