IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PROMPT MEDICAL SYSTEMS, L.P.** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | **CASE NO. 6:10-CV-71** |
| **ALLSCRIPTSMISYS HEALTHCARE SOLUTIONS, INC., et al.** | § § § § | **PATENT CASE** |
| Defendants. | § | |
| | | |
| **PROMPT MEDICAL SYSTEMS, L.P.** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | **CASE NO. 6:11-CV-184** |
| **MEDICOMP SYSTEMS, INC.** | § § § | **PATENT CASE** |
| Defendants. | § § § | |

**ORDER**

Before the Court is Medicomp Systems, Inc.'s Motion to Consolidate Cases (*Prompt Medical Systems, Inc. v. Medicomp Systems, Inc.*, 6:11-cv-00184; Doc. No. 8). The matter is fully briefed (Doc. Nos. 10, 12, 13). The Court may consolidate actions that involve a common question of law or fact. FED. R. CIV. P. 42(a). Both cases involve U.S. Patent No. 5,483,443, and the 6:10cv71 case Defendants are similar to the Defendant in the 6:11cv184 case. At the August 9, 2011 status conference, counsel for the parties represented that they were unopposed to consolidating the

6:11cv184 case with the 6:10cv71 case.[1] Accordingly, the Court **GRANTS** the motion and **ORDERS** the above styled and numbered cases to be consolidated, with case number 6:10cv71 to be the lead case.

**So ORDERED and SIGNED this 15th day of August, 2011.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

---

[1] The agreement to consolidate was contingent on the 6:11-cv-184 case proceeding on the current schedule established for the 6:10-cv-71 case.